Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUNTER KERHART, an individual, | Case No. |
| Plaintiff, | **PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| TOMTECH ENGINEERING, INC., a California Corporation; and DOES 1-10, | Jury Trial Demanded |
| Defendants. | |

Plaintiff Hunter Kerhart, through counsel, hereby prays to this honorable Court for relief based on the following:

**JURISDICTION AND VENUE**

1.     This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

4.    Kerhart is a Los Angeles-based photographer specializing in architectural photography.

5.    Defendant Tomtech Engineering Inc. ("Tomtech Engineering") is a California corporation with its principal place of business located at 2233 Honolulu Avenue, Suite 401, Montrose, CA 91020. Tomtech Engineering owns, operates, and controls the commercial website tomtecheng.net and its related/affiliated subdomains, applications, and mobile websites (collectively, "Defendants' Website").

6.    On information and belief, Plaintiff alleges that DOE Defendants 1-10 (together with Tomtech Engineering, "Defendants") are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.    On information and belief, Plaintiff alleges that each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

8.    Kerhart took and owns 2 original photographs registered with the Copyright Office (collectively, the "Subject Photographs").

9.     Following the publication and display of the Subject Photographs, Defendants (and each of them) displayed, distributed, reproduced, and/or otherwise used the Subject Photographs on Defendants' Website for commercial purposes without Kerhart's authorization (the "Accused Posts").

10.     Exemplars of the Subject Photographs and Accused Posts are below:

| Subject Photographs | Accused Posts |
|---|---|
|  20220530-HCK00695 |  https://www.tomtecheng.net/projects-1 <br><br> https://images.squarespace-cdn.com/content/v1/5acbcd0025bf024c12f4a822/1660018618785-XK7Z5EIYTFQDBX6TA1VY/cmapus+photo+1.JPG |

| Subject Photographs | Accused Posts |
|---|---|
|  20220530-HCK00699 |  https://www.tomtecheng.net/projects-1  https://images.squarespace-cdn.com/content/v1/5acbcd0025bf024c12f4a822/1660018617963-AOHCYH08F8HV1KUVTEJX/campus+2.JPG |

11.     Defendants, and each of them, had access to the Subject Photographs, including through Plaintiff's website, social media pages, exhibitions, and/or authorized licensees; an Internet search engine and/or third-party website; and/or because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photographs.

12.     Defendants, and each of them, displayed, distributed, reproduced, and/or otherwise used the Subject Photographs for commercial purposes without Plaintiff's authorization.

13.     Due to Defendants' (and each of their) acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

COMPLAINT

14.     Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. This entitles Plaintiff to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

15.     Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights, such that said acts of copyright infringement were willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

   a. That Defendants, their agents, and/or anyone else working with or in concert with Defendants, be enjoined from publicly distributing, displaying, reproducing, or otherwise exploiting the Subject Photograph without Plaintiff's permission absent from independent legal right;

   b. That Plaintiff be awarded Defendants' profits, plus Plaintiff's losses, attributable to Defendants' infringement of the copyright in the Subject Photograph, the exact sum to be proven at the time of trial; or, if elected, statutory damages as available under 17 U.S.C. § 504;

   c. That Plaintiff be awarded its costs and fees under 17 U.S.C. § 505;

   d. That Plaintiff be awarded pre-judgment interest as allowed by law;

   e. That Plaintiff be awarded such relief as the Court deems proper.

///

///

///

COMPLAINT

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: May 6, 2026                    Respectfully submitted,

                              By:   */s/ Stephen M. Doniger*
                                    Stephen M. Doniger, Esq.
                                    Benjamin F. Tookey, Esq.
                                    DONIGER / BURROUGHS
                                    *Attorneys for Plaintiff*

COMPLAINT